## MOSES RASH *vs.* GEORGE PARRIS.

A constable cannot be charged under the act of 1833 for neglect of duty, without show-ing process regularly in his hands.

CERTIORARI to Justice Ruth.

The record showed a proceeding by summons (under the act of 1833,) against Moses Rash, a constable, " for neglecting as by law re-quired, to make return of his proceedings on execution process against Andrew Mitchell, to show cause why an execution should not issue against him for eleven dollars and twenty cents, principal; two dollars and sixty-five cents interest, and seventy-five cents costs, being the amount of the original execution, *Parris* vs. *Mitchell :*" which exe-cution was issued by Justice Coverdale, July 13, 1839; returnable 28th September next, " and delivered to Harper and Moore secu-rity."

Exceptions :—1. That the execution was never delivered to Rash as constable, but to Harper and Moore, sureties, as appears of record.

2. That the execution was issued by Justice Coverdale, and the summons by *another* and not the *same* justice of the peace.

The judgment was reversed on the first exception. 8 vol. 265.

*Frame*, for plaintiff in certiorari.

*Bates*, for defendant, p. b.